# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA ANN STONECIPHER, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>NANCY A. BERRYHILL, <br>Acting Commissioner of Social Security, <br><br>　　　　　Defendant. | Case No.: 1:17-cv-01479 - JLT <br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME <br><br>(Doc. 12) |

The parties have stipulated for Defendant to have an extension of time to respond to Plaintiff's opening brief. (Doc. 12) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 3 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS:**

　　1.　　The request for an extension of time (Doc. 12) is **GRANTED**; and

　　2.　　Defendant **SHALL** file a response to the opening brief on or before **August 13, 2018**.

IT IS SO ORDERED.

　Dated:　**July 13, 2018**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE