# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA ANN STONECIPHER, | Case No.: 1:17-cv-1479 - JLT |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

On January 18, 2019, Lena Ann Stoneciper and Nancy A. Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and 28 U.S.C. §1920. (Doc. 18)

Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, fees and costs in the total amount of $2,950.00 are **AWARDED** to Plaintiff, Lena Ann Stoneciper.

IT IS SO ORDERED.

Dated: **January 22, 2019**                    **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE